No. 12–6017. GREENE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–6018. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6019. HILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6021. COFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6022. EMANUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6023. KENNEDY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6026. RIOS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6029. DOYLE v. UNITED STATES (Reported below: 678 F. 3d 429); DAVIS v. UNITED STATES (483 Fed. Appx. 998); FRISON v. UNITED STATES (487 Fed. Appx. 953); MELTON v. UNITED STATES (478 Fed. Appx. 321); FULLER v. UNITED STATES (472 Fed. Appx. 401); and ROGERS v. UNITED STATES (481 Fed. Appx. 250). C. A. 6th Cir. Certiorari denied.

No. 12–6030. ALEXANDER v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. Sup. Ct. Ariz. Certiorari denied.

No. 12–6036. OWENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6037. NWAEHIRI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6039. DAVIS v. PASTRANA, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–6040. COBB v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–6045. CARDEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.